UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RENEE POND et al., <br><br> Plaintiffs, <br> v. <br><br> ELIZABETH ALLISON WOODS et al., <br><br> Defendants. | CASE NO. 3:22-cv-05849-DGE <br><br> ORDER TO SHOW CAUSE REGARDING SETTLEMENT GUARDIAN AD LITEM REPORT |

On September 22, 2025, the Parties moved to appoint Beth D. Lambert as settlement guardian *ad litem* (SGAL) on behalf of Plaintiffs' minor children. (Dkt. No. 40.) On September 26, 2025, the Court granted the order and ordered Lambert to file a report or provide a status report as to when a final report will be submitted no later than November 10, 2025—45 days after the appointment. (Dkt. No. 43.) As of today's date, the SGAL report has not been filed. The Court ORDERS the parties to provide a status update as to when the report will be filed no later than **November 14, 2025**.

ORDER TO SHOW CAUSE REGARDING SETTLEMENT GUARDIAN AD LITEM REPORT - 1

Dated this 12th day of November, 2025.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE REGARDING SETTLEMENT GUARDIAN AD LITEM REPORT - 2